IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DEZMOND D. WEAVER                                                                                         PETITIONER

v.                                              Case No. 1:21-cv-1002

WARDEN EARL                                                                                                RESPONDENT

## ORDER

      Before the Court is the Report and Recommendation filed February 22, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that Petitioner's petition in this case be dismissed for failure to obey an order of the Court, failure to comply with the Court's Local Rules, and failure to prosecute this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Petitioner's petition is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 22nd day of March, 2021.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge